## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARK KOMADINA,

      Plaintiff,

v.

                                   No. 21-cv-1143 MIS/SCY

USAA CASUALTY INSURANCE COMPANY,

      Defendant.

### FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, and consistent with the Court's Order, ECF No. 36, the Court hereby enters this Final Judgment.

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE